**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-2235**

———————————

ISAAC A. ISAIAH, M.D.,

             Plaintiff – Appellant,

      v.

WESTERN MARYLAND HOSPITAL SYSTEM, (WMHS), et al; JAMES M.
RAVER, MD-WMHS; W. ROYCE HODGES, III, MD of WMHS;
WILLIAM F. KELLERMEYER, MD of WMHS; BRIAN T. TUCKER, Esq.,
et al WMHS; ROBERT S. PAYE, et al, WMHS; JACK C. TRANTER,
Esq. et al, WMHS,

             Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:10-cv-01873-JFM)

———————————

Submitted:  March 31, 2011            Decided:  April 4, 2011

———————————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Hart Nelson, Charlottesville, Virginia, for Appellant.
Thomas Christopher Dame, Steven G. Metzger, GALLAGHER EVELIUS &
JONES, LLP, Baltimore, Maryland; Jeffrey Schuyler Getty, James
Matthew Gilmore, GEPPERT, MCMULLEN, PAYE & GETTY, Cumberland,
Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac A. Isaiah appeals the district court's order granting the Defendants' motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Isaiah v. Western Maryland Hosp. Sys. No. 1:10-cv-01873-JFM (D. Md. Oct. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED